# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| KIMBERLY ANNE BUTLER, | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 20-40508-BEM |
| | ) | |
| DEBTOR, | ) | JUDGE ELLIS-MONRO |

## MOTION TO SELL REAL ESTATE

COMES NOW **KIMBERLY ANNE BUTLER**, Debtor in the above-styled Chapter 13 case, and files this Motion to Sell Real Estate and shows the Court as follows:

1. Debtor has a Purchase and Sale Agreement for property located at 87 Vann Dr NW, Rome, GA 30165 for a total purchase price of $170,000.00. (See Exhibit "A").

2. The buyers, Daniel & Connie Johnson, are not affiliated with nor related to the Debtor.

3. This property is being sold in order for the Debtor to pay the remaining balance on her bankruptcy case.

4. The property is secured by a lien with Nationstar Mortgage, LLC in the approximate amount of $114,015.58.

5. After applying funds to any applicable liens and/or expenses of sale, Debtor requests to retain the homestead exemption from her Chapter 13 case in the amount of $21,476.00 in order to fund moving expenses and deposits.

6. Debtor requests that any remaining balance shall be paid to the Chapter 13 Trustee in order to pay towards the balance of Debtor's case.

**WHEREFORE**, Debtor respectfully requests an Order granting the sale of the real property and for such further relief that the court deems just and proper.

This 21st day of February, 2023

                                          Respectfully Submitted,

                                        /s/ Jeffrey B. Kelly
                                        Attorney for Debtor
                                        GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

# PURCHASE AND SALE AGREEMENT

Offer Date: _____2/13/2023_____



**MAXIMUM ONE** COMMUNITY REALTY

Georgia REALTORS®

**2023 Printing**

## A. KEY TERMS AND CONDITIONS

1. **Purchase and Sale.** The undersigned buyer(s) ("Buyer") agree to buy and the undersigned seller(s) ("Seller") agree to sell the real property described below including all fixtures, improvements and landscaping therein ("Property") on the terms and conditions set forth in this Agreement.
   a. **Property Identification:** Address: ___87    Vann Dr___
      City ___Rome___, County ___Floyd___, Georgia, Zip Code ___30165___
      MLS Number: ___10129263___   Tax Parcel I.D. Number: ___F13Z-194___
   b. **Legal Description:** The legal description of the Property is [select one of the following below]:
      ☐ (1) attached as an exhibit hereto;
      ☐ (2) Condominium (attach F204 Condominium Resale Purchase and Sale Exhibit)
      ☐ (3) the same as described in Deed Book _____, Page _____, et. seq., of the land records of the above county; **OR**
      ☐ (4) Land Lot(s) _____ of the _____ District, _____ Section/ GMD,
      Lot _____, Block _____, Unit _____, Phase/Section _____
      of _____ Subdivision/Development, according to the plat recorded in Plat Book _____, Page _____, et. seq., of the land records of the above county.

2. **Purchase Price of Property to be Paid by Buyer.**
   $ ___170,000___

3. **Closing Costs.**
   Seller's Contribution at Closing: $ ___0___

4. **Closing Date and Possession.**
   Closing Date shall be ___3/3/2023___ with possession of the Property transferred to Buyer
   ☒ upon Closing OR ☐ ___ days after Closing at ___ o'clock ☐ AM OR ☐ PM (attach F219 Temporary Occupancy Agreement).

5. **Closing Law Firm.** ___TBD___   **Phone Number:** ___

6. **Holder of Earnest Money ("Holder").** (If Holder is Closing Attorney, F510 must be attached as an exhibit hereto, and F511 must be signed by Closing Attorney.)

7. **Earnest Money.** Earnest Money shall be paid by ☐ check ☐ ACH ☐ cash or ☐ wire transfer of immediately available funds as follows:
   ☐ a. $_____ as of the Offer Date.
   ☒ b. $___500.00___ within ___5___ days from the Binding Agreement Date.
   ☐ c. _____

8. **Inspection and Due Diligence.**
   a. **Due Diligence Period:** Property is being sold subject to a Due Diligence Period of ___10___ days from the Binding Agreement Date.
   b. **Option Payment for Due Diligence Period:** In consideration of Seller granting Buyer the option to terminate this Agreement, Buyer:
      (1) has paid Seller $10.00 in nonrefundable option money, the receipt and sufficiency of which is hereby acknowledged; plus
      (2) shall pay directly to Seller additional option money of $_____ by ☐ check ☐ ACH or ☐ wire transfer of immediately available funds either ☐ as of the Offer Date; OR ☐ within _____ days from the Binding Agreement Date. Any additional option money paid by Buyer to Seller ☐ shall (subject to lender approval) or ☐ shall not be applied toward the purchase price at closing and shall not be refundable to Buyer unless the closing fails to occur due to the default of the Seller.

9. **Lead-Based Paint.** To the best of Seller's knowledge, the residential dwelling(s) on the Property (including any portion thereof or painted fixture therein) ☐ was (attach F316 Lead-Based Paint Exhibit) OR ☒ was not built prior to 1978.

10. **Brokerage Relationships in this Transaction.**
    a. **Buyer's Broker is** ___Maximum One Community Realtors___ **and is:**
       (1) ☒ representing Buyer as a client.
       (2) ☐ working with Buyer as a customer.
       (3) ☐ acting as a dual agent representing Buyer and Seller.
       (4) ☐ acting as a designated agent where:
       ___ has been assigned to exclusively represent Buyer.
    b. **Seller's Broker is** ___Ayers Realty, LLC___ **and is:**
       (1) ☒ representing Seller as a client.
       (2) ☐ working with Seller as a customer.
       (3) ☐ acting as a dual agent representing Buyer and Seller.
       (4) ☐ acting as a designated agent where:
       ___ has been assigned to exclusively represent Seller.
    c. **Material Relationship Disclosure:** The material relationships required to be disclosed by either Broker are as follows:
       N/A

11. **Time Limit of Offer.** The Offer set forth herein expires at ___5___ o'clock ___A___.m. on the date ___2/14/2023___.

Buyer(s) Initials ___DWJ  CRJ___    Seller(s) Initials ___KB___

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH ___Michelle Thacker___ IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.
Copyright© 2023 by Georgia Association of REALTORS®, Inc.   F201, Purchase and Sale Agreement, Page 1 of 9, 01/01/23


TRANSACTIONS TransactionDesk Edition

**By signing this Agreement, Buyer and Seller acknowledge that they have each read and understood this Agreement and agree to its terms.**

**Buyer Acceptance and Contact Information**

*Daniel W Johnson*
1 Buyer's Signature

Daniel W Johnson — 02/13/2023
Print or Type Name — Date

Buyer's Address for Receiving Notice

256-484-1993
Buyer's Phone Number: ☒ Cell  ☐ Home  ☐ Work

Dannys59@aol.com
Buyer's E-mail Address

*Connie R Johnson*
2 Buyer's Signature

Connie R Johnson — 02/14/2023
Print or Type Name — Date

Buyer's Address for Receiving Notice

Buyer's Phone Number: ☐ Cell  ☐ Home  ☐ Work

Dannys59@aol.com
Buyer's E-mail Address

☐ Additional Signature Page (F267) is attached.

**Buyer's Broker/Affiliated Licensee Contact Information**

Maximum One Community Realtors
Buyer Brokerage Firm

*Michelle Thacker* — 02/13/2023
Broker/Affiliated Licensee Signature — Date

Michelle Thacker
Print or Type Name — GA Real Estate License #

770-547-1392
Licensee's Phone Number — Fax Number

smtrealtor73@gmail.com
Licensee's E-mail Address

GRB
REALTOR® Membership

2 Professional CT    Rome    GA    30165
Broker's Address

770-334-8286
Broker's Phone Number — Fax Number

MLS Office Code — Brokerage Firm License Number

**Seller Acceptance and Contact Information**

*Kimberly Butler*
1 Seller's Signature

Kimberly Butler — 2/16/2023
Print or Type Name — Date

87 Vann Dr, NW  Rome, GA 30165
Seller's Address for Receiving Notice

(256) 945-0671
Seller's Phone Number: ☒ Cell  ☐ Home  ☐ Work

KaWilson71@gmail.com
Seller's E-mail Address

2 Seller's Signature

Print or Type Name — Date

Seller's Address for Receiving Notice

Seller's Phone Number: ☐ Cell  ☐ Home  ☐ Work

Seller's E-mail Address

☐ Additional Signature Page (F267) is attached.

**Seller's Broker/Affiliated Licensee Contact Information**

Ayers Realty, LLC
Seller Brokerage Firm

*Morgan Ayers* — 02/14/2023
Broker/Affiliated Licensee Signature — Date

Morgan Ayers
Print or Type Name — GA Real Estate License #

706-506-8980
Licensee's Phone Number — Fax Number

morganayers73@gmail.com
Licensee's Email Address

GRB
REALTOR® Membership

807 Shorter Ave, Rome Ga. 30165
Broker's Address

706-232-1112
Broker's Phone Number — Fax Number

MLS Office Code — Brokerage Firm License Number

**Binding Agreement Date:** The Binding Agreement Date in this transaction is the date of  Feb 16, 2023
and has been filled in by  Morgan Ayers .

Authentisign ID: DAD82FBE-DAAB-ED11-9174-0050F2765AB1

# NO FINANCING CONTINGENCY
# EXHIBIT " A____

**M** MAXIMUM ONE COMMUNITY REALTY

 Georgia REALTORS®

**2023 Printing**

This Exhibit is part of the Agreement with an Offer Date of ___02/14/23___ for the purchase and sale of that certain Property known as: ___87 Vann Drive___, ___Rome___, Georgia ___30165___.

1. **Method of Purchase**
   A. [X] **All Cash Purchase:** Buyer has sufficient liquid assets to purchase the Property in this transaction for "all cash". The Buyer has no right to unilaterally extend the Closing date for eight (8) days for reason of mortgage lender delay. Notwithstanding the above, Buyer shall have the right to extend the closing date for eight (8) days if the closing attorney is not ready except if the basis for the closing attorney not being ready is due to or related to the mortgage lender delay.

   **OR**

   B. ☐ **Financed Purchase with No Financing Contingency:** Buyer intends to obtain mortgage financing to pay for all or a portion of the sales price of the Property; provided, however, this Agreement shall not be subject to a financing contingency. Even though Buyer is obtaining a mortgage loan, the Buyer has no right to unilaterally extend the Closing date for eight (8) days for reason of mortgage delay. Notwithstanding the above, Buyer shall have the right to extend the closing date for eight (8) days if the closing attorney is not ready except if the basis for the closing attorney not being ready is due to or related to the mortgage lender delay.

2. **Verification of Funds.** Within ___3___ days from the Binding Agreement Date, Buyer shall be obligated to provide or cause to be provided to Seller information describing in specific detail the source of all Buyer's funds necessary to purchase the Property ("Required Information"). The Required Information shall consist of one or more of the following:
   A. A letter or letters from a trust, stock brokerage firm and/or financial institution holding funds, stocks, bonds and/or other assets (hereinafter collectively referred to as "Assets") of or on behalf of Buyer and dated subsequent to the Binding Agreement Date stating that Buyer has funds in US Dollars of at least an amount specified in the letter and/or Assets on deposit with the institution of a value specified in the letter, that are sufficient to allow Buyer to complete the purchase of the Property;
   B. An account statement or statements from the trust, stock brokerage firm and/or financial institution(s) holding funds and/or Assets confirming a specific amount of funds in US Dollars on deposit with the institution. Such account statement must be for the regular time period that such statements are issued immediately preceding the Binding Agreement Date.
   C. If Option 1(B) is selected above, a loan commitment letter from a mortgage lender.

3. **Authorization and Security.** Buyer does hereby authorize Seller and Listing Broker to communicate with any person providing information regarding Buyer's source of funds to purchase the Property to verify such information and to answer any questions Seller or Listing Broker may have regarding the source of Buyer's funds to purchase the Property. In providing any account statement to Seller, Buyer shall be entitled to delete or otherwise shield account numbers, social security numbers, telephone numbers and other information the release of which could jeopardize the security of the account or put the Buyer at greater risk of identity theft.

4. **Seller's Right to Terminate.** In the event Buyer fails to provide Seller with the Required Information within the timeframe set forth above, Seller shall notify Buyer of the default and give Buyer three (3) days from the date of the delivery of the notice to cure the same. If Buyer does not timely cure the default, Seller may terminate this Agreement within seven (7) days thereafter due to Buyer's default upon notice to Buyer. In the event Seller does not terminate this Agreement within that timeframe, the right to terminate on this basis shall be waived.

5. **Appraisal Contingency.** In addition to the other rights of Buyer set forth herein, this Agreement [X] shall or ☐ shall not be subject to the Property appraising for at least the purchase price. Buyer shall have the rights set forth in this exhibit in the event the Property does not appraise for at least the purchase price in accordance with the terms and conditions set forth below:
   A. **Type of Appraisal:** The appraisal shall be a "certified appraisal" of the Property (as that term is defined in O.C.G.A. § 43-39A-2) performed or signed off by a licensed or certified appraiser (as those terms are defined in the rules and regulations of the Georgia Real Estate Appraiser's Board) and include a statement that the appraiser performed an "independent appraisal assignment" (as that term is defined in O.C.G.A. § 43-39A-2(24)) with respect to the Property.
   B. **Selection of Appraiser:** The appraiser shall be selected by *[Select one. The sections not selected shall not be a part of this Agreement.]:* [X] Buyer, ☐ Seller, OR ☐ Other (_____); and all parties agree that this appraiser shall only perform a single certified appraisal of the Property.

---

**THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH ___Michelle Thacker___ IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.**
Copyright© 2023 by Georgia Association of REALTORS®, Inc.       F401, All Cash Sale Exhibit, Page 1 of 2, 01/01/23


TRANSACTIONS
TransactionDesk Edition

C. **Rights of Buyer If Property Does Not Appraise:** If any appraisal performed pursuant to and in accordance with this exhibit is for less than the purchase price of the Property, the Buyer shall have the right to request within 3 days from the Binding Agreement Date that Seller reduce the sales price of the Property to a price not less than the appraisal price by submitting an Amendment to Sales Price ("ATSP") to Seller along with a complete copy of the appraisal which is for less than the purchase price. In the event that Buyer does not submit an ATSP within the time frame referenced above, Buyer shall be deemed to have waived Buyer's right to request a reduction in the sales price and this Agreement shall no longer be subject to an appraisal contingency. The time limit of the offer for the Seller to accept or reject the ATSP shall run through the earlier of: (1) three (3) days from the date that the ATSP is delivered to Seller; or (2) the time of closing (excluding any extensions of the closing resulting from the unilateral extension of the closing date).

If Seller does not accept the ATSP, Buyer shall have the right, but not the obligation, to terminate this Agreement without penalty upon notice to Seller, provided that such notice is given within three (3) days of the earlier of: (a) the date that Buyer receives notice that Seller has not accepted the ATSP; or (b) the last date Seller could have accepted the ATSP. In neither circumstance shall the Buyer's right to terminate extend beyond the time of closing.

D. **Buyer Not Obligated to Seek Price Reduction:** Nothing herein shall require Buyer to seek any reduction in the sales price of the Property. If Buyer does not seek a reduction in the sales price, Buyer shall be obligated to purchase the Property for the price agreed to by the parties in the Agreement.

Buyer's Initials: [DWJ] [CRJ]     Seller's Initials: KB

Copyright © 2023 by Georgia Association of REALTORS®, Inc.     F401, All Cash Sale Exhibit, Page 2 of 2, 01/01/23



**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | | |
| **KIMBERLY ANNE BUTLER,** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 20-40508-BEM** |
| | ) | |
| **DEBTOR,** | ) | **JUDGE ELLIS-MONRO** |

**NOTICE OF HEARING**

  **PLEASE TAKE NOTICE** that **KIMBERLY ANNE BUTLER,** has filed a Motion to Sell Real Estate and related papers with the Court seeking an order granting sale of real property.

  **PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on Motion to Sell Real Estate at the following number: (toll-free number: 833-568-8864; Meeting ID (160-862-0914), at 10:00am on April 5, 2023 in Courtroom 342, United States Courthouse, 600 East First Street, Rome, GA 30161.

  Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

  Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 339, 600 East First St., Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: February 21, 2023

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly      Rome, GA 30161
Attorney for Debtors    (678) 861-1127 (phone)
GA Bar. No. 412798    (706) 413-1365 (fax)
107 E 5th Avenue     lawoffice@kellycanhelp.com

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the attached Motion to Sell Real Estate on the following by U. S. Mail, in a properly stamped and addressed envelope.

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave NE Ste. 1600
Atlanta, GA 30303

Kimberly A. Butler
87 Vann Dr. NW
Rome, GA 30165

Maximum One Community Realtors
Attn: Michelle Thacker, Broker for Buyer
2 Professional Ct
Rome, GA 30165

Ayers Realty, LLC
Attn: Morgan Ayers, Broker for Seller
807 Shorter Ave.
Rome, GA 30165

Nationstar Mortgage, LLC
Attn: Bankruptcy Dept.
P.O. Box 619096
Dallas, TX 75261

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attn : Andrea Betts, Attorney for Nationstar Mortgage, LLC
10700 Abbott's Bridge Rd Ste. 170
Duluth, GA 30097

*All parties on attached matrix*

This 21st day of February, 2023.

/s/ Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
Attorney for Debtor
Georgia Bar No.  412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

```
Label Matrix for local noticing        Wendell S. Agee                        At&t Uverse
113E-4                                 The Agee Law Firm, LLC                 PO Box 5014
Case 20-40508-bem                      P. O. Box 2284                         Carol Stream, IL 60197-5014
Northern District of Georgia           Buford, GA 30515-9284
Rome
Tue Feb 21 08:30:58 EST 2023

Kimberly Anne Butler                   Capital One Bank (USA), N.A.           Capital One Bank USA NA
87 Vann Dr NW                          by American InfoSource as agent        10700 Capital One Way
Rome, GA 30165-7905                    4515 N Santa Fe Ave                    Glen Allen, VA 23060-9243
                                       Oklahoma City, OK 73118-7901


Coosa Valley Credit Union              Coosa Valley Credit Union              Credit Bureau Associates
2010 Redmond Circle                    The Agee Law Firm, LLC                 112 Ward St
Rome, GA 30165-1398                    PO Box 2284                            Macon, GA 31204-3147
                                       Buford, GA 30515-9284


Credit One Bank                        Enhanced Recovery Co.                  Equifax
PO Box 98872                           P.O. Box 57547                         PO Box 740241
Las Vegas, NV 89193-8872               Jacksonville, FL 32241-7547            Atlanta, GA 30374-0241


Experian                               FLOYD PHYSICIANS LLC                   Floyd EMS
PO Box 9701                            P.O. BOX 1882                          P.O. Box 2490
Allen, TX 75013-9701                   ROME, GA 30162-1882                    Macon, GA 31203-2490


Floyd Emergency Physcians              Floyd Medical                          (p)GEORGIA DEPARTMENT OF REVENUE
1787 Old Dalton Road NE                420 East Second Avenue                 COMPLIANCE DIVISION
Rome, GA 30165-8965                    Ste. 102                               ARCS BANKRUPTCY
                                       Rome, GA 30161-3210                    1800 CENTURY BLVD NE SUITE 9100
                                                                              ATLANTA GA 30345-3202

Internal Revenue Service               (p)JEFFERSON CAPITAL SYSTEMS LLC       Jeffrey B. Kelly
PO Box 7346                            PO BOX 7999                            Law Office of Jeffrey B. Kelly, P.C.
Philadelphia, PA 19101-7346            SAINT CLOUD MN 56302-7999              107 E. 5th Avenue
                                                                              Rome, GA 30161-1725


Kathlyn Flora Ibrahim Fouad Khashan    LVNV Funding, LLC                      (p)NATIONSTAR MORTGAGE LLC
LOGS Legal Group                       Resurgent Capital Services             PO BOX 619096
Ste 130                                PO Box 10587                           DALLAS TX 75261-9096
211 Perimeter Center Parkway           Greenville, SC 29603-0587
Atlanta, GA 30346-1308


Nationstar DBA Mr Cooper               Nationstar Mortgage LLC d/b/a Mr. Cooper   Dana O'Brien
PO Box 199111                          Attn: Bankruptcy Department            McCalla Raymer Leibert Pierce, LLC
Dallas, TX 75235                       PO Box 619096                          1544 Old Alabama Road
                                       Dallas, TX 75261-9096                  Roswell, GA 30076-2102


PRA  Receivables Management LLC        PRA Receivables Management, LLC        PRA Receivables Management, LLC as agent of
POB 41067                              PO Box 41021                           Portfolio Recovery Associates, LLC
Norfolk, VA 23541-1067                 Norfolk, VA 23541-1021                 POB 41067
                                                                              Norfolk, VA 23541-1067
```

| | | |
|---|---|---|
| SYNCB/Paypal<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1259 | Syncb/JC Penneys<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Syncb/Lowes<br>PO Box 965036<br>Orlando, FL 32896-5036 | Syncb/PPMC<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TBOM/Fortiva MC<br>PO Box 105555<br>Atlanta, GA 30348-5555 | The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348-5555 | Trans Union<br>PO Box 1000<br>Chester, PA 19016-1000 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321-1108 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | NATIONSTAR MORTGAGE LLC<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas, TX 75261-9741 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Floyd Physicians, LLC<br>PO Box 1882<br>Rome, GA 30162-1882 | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43