

**IT IS ORDERED as set forth below:**

**Date: March 7, 2023**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| KIMBERLY ANNE BUTLER, | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 20-40508-BEM |
| DEBTOR, | ) | |
| | ) | JUDGE ELLIS-MONRO |

### ORDER APPROVING REAL ESTATE AGENT

Counsel for Debtor, KIMBERLY ANNE BUTLER, filed an Application to Employ Morgan Ayers of Ayers Realty, LLC ("Real Estate Agent") (Docket No. 56) to represent the Debtor in matters relating to a home sale on February 21, 2023. Real Estate Agent will represent Debtor on a contingency fee basis. No notice or hearing on the Application is necessary. Based upon the attached affidavit, it appears that Morgan Ayers is a real estate agent with expertise in the matters in which she is specially engaged, and that this case justifies employment of professionals for the purpose specified.

Subject to objection filed by the United States Trustee, the Chapter 13 Trustee, or any other party in interest in this case within twenty-one days from the date of entry of this Order, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. §327(e) and FED. R. BANKR. P. 2014, the employment of Real Estate Agent to represent Debtor and the estate with respect to the Matter on the basis set forth in the Application is hereby approved.

2. Any compromise or settlement of claims relating to the Matter is subject to approval of this Court, after notice to creditors and an opportunity to be heard with regard thereto. FED.R. BANKR. P. 9019(a), 2002(a)(3). Therefore, neither Debtor nor Debtor's Counsel is authorized to settle, compromise or release any claims without approval of this Court. If a compromise is reached, Real Estate Agent or Counsel for Debtor shall file an application to approve same and shall provide notice of the proposed compromise and settlement and of a hearing thereon, if required, to the Chapter 13 Trustee, Debtor and all creditors.

3. No compensation shall be paid to Real Estate Agent until the Court has allowed such compensation in accordance with 11 U.S.C. § 330 and 331 and FED. R. BANKR. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the Chapter 13 Trustee and the United States Trustee. Real Estate Agent should note that contingent fee agreements are subject to Court scrutiny and pursuant to 11 U.S.C. § 328, the Bankruptcy Court may allow compensation different from a contingent fee agreement. Blancard v. Bergeron, 489 U.S. 87 (1989).

Any objection to this Order shall be served on the United States Trustee, the Real Estate Agent, the Chapter 13 Trustee, and Counsel for Debtor. If an objection is timely filed, Counsel for the Debtor shall schedule a hearing on the Application and such

objection pursuant to the Court's Open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, the Chapter 13 Trustee, the Real Estate Agent and the objecting party.

Counsel for Debtor is directed to serve a copy of this Order to the United States Trustee, the Chapter 13 Trustee, Real Estate Agent and all parties in interest, and to file with the Court a Certificate of Service indicating such service, within three business days of the entry of this Order.

**END OF DOCUMENT**

Prepared and presented by:

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
GA Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com

No Opposition:

/s/ Sonya Buckley Gordon
Sonya Buckley Gordon (with express permission by Jeffrey B. Kelly)
Attorney for Chapter 13 Trustee
Star Bar No.: 140987
285 Peachtree Center Ave NE Ste. 1600
Atlanta, GA 30303
Phone (404) 525-1110
Fax (404) 522-4448
sonyab@atlch13tt.com

DISTRIBUTION LIST

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave NE Ste. 1600
Atlanta, GA 30303

Kimberly A. Butler
87 Vann Dr NW
Rome, GA 30165

Ayers Realty, LLC
Attn: Morgan Ayers
807 Shorter Ave.
Rome, GA 30165