# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Kimberly Anne Butler, a/k/a Kimberly Anne Wilson, | Case No. 20-40508-bem |
|             Debtor. | |
| Nationstar Mortgage LLC, its successors or assigns, | |
|             Movant, | Contested Matter* |
| V. | |
| Kimberly Anne Butler, a/k/a Kimberly Anne Wilson, Debtor | |
|             Respondents. | |

## CONDITIONAL OBJECTION TO DEBTOR'S MOTION TO SELL REAL PROPERTY

COMES NOW the Respondent, Nationstar Mortgage LLC, for itself, its successors and assigns (hereinafter known as "Creditor"), by and through its attorneys, LOGS Legal Group LLP, and Conditionally Objects to the Debtor's Motion to Sell Real Property (the "Debtor's Motion") Doc 55, and respectfully states as follows:

1.

On March 2, 2020, Kimberly Anne Butler ("Debtor") filed for protection in the Bankruptcy Court for the Northern District of Georgia under Chapter 13 of the Bankruptcy Code, bearing case number 20-40508.

2.

K. Edward Safir ("Trustee") is the appointed Chapter 13 Trustee.

3.

Respondent is the holder, or legal agent of the holder, of a Note secured by a Deed of Trust encumbering real property, owned by Debtor, located at 87 Vann Drive NW, Rome, GA 30165 ("the Property").

4.

On February 21, 2023, the Debtor filed a Motion to Sell Real Estate ("Motion to Sell"), which is set for hearing on April 5, 2023.

5.

In the Motion to Sell, the Debtor states she has entered a Purchase and Sale Agreement for the sale of the property at a purchase price of $170,000.00.

6.

Respondent requests that any sale short of a full payoff of the Property be subject to final approval by Respondent.

7.

Respondent does not oppose a sale of the Property, as long as it provides for payment in full of the obligation owed to Respondent and is subject to a proper payoff quote.

8.

Creditor requests that upon the sale of the Real Property, the unpaid amounts due shall be paid in full to Creditor within 48 hours of the closing being completed.

9.

Absent any further agreements of the parties or orders of the Court, should the sale of the Real Property fail to close within ninety (90) days from the entry of an Order allowing the sale, the Order should expire.

8.

WHEREFORE Respondent respectfully requests that the Bankruptcy Court enter its Order:

A. Requiring that any sale of the Property be of sufficient amount to provide for payment in full of the obligation owed to Respondent; and,

B. Requiring that that upon the sale of the Real Property, the unpaid amounts due shall be paid in full to Creditor within 48 hours of the closing being completed; and,

C. Requiring that absent any further agreements of the parties or orders of the Court, should the sale of the Real Property fail to close within ninety (90) days from the entry of an Order allowing the sale, the Order should expire; and,

D. Requiring that any sale of the Property be subject to final approval by Respondent; and,

E. In the alternative, denying *Debtor's Motion to Sell Real Estate*; and,

F. For such other and further relief as the Bankruptcy Court deems proper.

Respectfully Submitted:
LOGS Legal Group LLP

/s/ Kathlyn Flora Ibrahim Fouad Khashan
_____

Howell A. Hall 318750
Kathlyn Flora Ibrahim Fouad Khashan 177083
211 Perimeter Center Parkway, N.E.
Suite 130
Atlanta, GA 30346
Telephone: (770) 220-2535
Fax: (770) 220-2665
logsecf@logs.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on 17th day of March, 2023, a copy of the foregoing CONDITIONAL OBJECTION TO DEBTOR'S MOTION TO SELL REAL ESTATE was caused to be served upon the following:

<u>Via CM/ECF Electronic Notice</u>

Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161

K. Edward Safir
Standing Chapter 13 Trustee
285 Peachtree Center Ave. NE
Suite 1600
Atlanta, GA 30303

<u>Via First Class Mail, Postage Prepaid</u>

Debtor
Kimberly Anne Butler
87 Vann Dr NW
Rome, GA 30165

Office of The United States Trustee
75 Ted Turner Drive, S.W.
Room 362
Atlanta, GA 30303

        LOGS Legal Group LLP

        /s/ Kathlyn Flora Ibrahim Fouad Khashan
        _____
        Howell A. Hall 318750
        Kathlyn Flora Ibrahim Fouad Khashan 177083
        211 Perimeter Center Parkway, N.E.
        Suite 130
        Atlanta, GA 30346
        Telephone: (770) 220-2535

Fax: (770) 220-2665
logsecf@logs.com