**IT IS ORDERED as set forth below:**

**Date: April 24, 2023**



_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| **KIMBERLY ANNE BUTLER,** | ) | |
| | ) | **CASE NO. 20-40508-BEM** |
| | ) | |
| **DEBTOR,** | ) | **JUDGE ELLIS-MONRO** |

**ORDER APPROVING DEBTOR'S MOTION TO SELL REAL ESTATE**

**IT APPEARING** to the Court that the Debtor filed a Motion to Sell Real Estate, on February 21, 2023 (Docket #55); and

**IT FURTHER APPEARING** that the Motion was scheduled for a hearing on any objections on April 5, 2023; and

**IT FURTHER APPEARING** that the Debtor is selling her primary residence in order to pay the remaining balance on her bankruptcy case; and

**IT FURTHER APPEARING** that the purchasers, Daniel & Connie Johnson, are not affiliated with nor related to the Debtor; and

**IT FURTHER APPEARING** from the certificate of service affixed to Debtor's Motion and Notice of Hearing that all interested parties were served; and

**IT FURTHER APPEARING** that a response to the Motion was filed on March 17, 2023 (Docket #59) by counsel for Nationstar Mortgage, LLC stating that there was no opposition to the sale as long as it provided for payment in full of the obligation owed to Nationstar Mortgage, LLC; it is

**ORDERED, ADJUDGED and DECREED** that Debtor's Motion to Sell Real Estate located at 87 Vann Dr. NW, Rome, GA 30165, for a total purchase price of $170,000.00 is **GRANTED**.

**IT IS FURTHER ORDERED** that after the lien of Nationstar Mortgage, LLC and any other liens or expenses of sale have been satisfied, the closing attorney shall remit $21,476.00 of the proceeds to the Chapter 13 Trustee in order to pay off the balance of Debtor's Chapter 13 case. The Trustee shall disburse those funds less her statutory fee. If the lump sum payment to the Trustee is insufficient to pay all claims in full the Debtor will quickly remit additional funds to the Trustee. The Debtor may retain any excess sale proceeds at closing after payment of the above.

**END OF DOCUMENT**

Prepared and presented by:

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
GA Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com


Consented to By:

/s/ Kathlyn Flora Ibrahim Fouad Khashan
Kathlyn Flora Ibrahim Fouad Khashan (with express permission by Jeffrey B. Kelly)
Attorney for Nationstar Mortgage, LLC
State Bar No.: 177083
211 Perimeter Center Pkwy NE Ste. 130
Atlanta, GA  30346
Phone (770) 220-2535
Fax (770) 220-2665
logsecf@logs.com


No Opposition:

/s/ Sonya Buckley-Gordon
Sonya Buckley-Gordon (with express permission by Jeffrey B. Kelly)
Attorney for Chapter 13 Trustee
State Bar No.: 140987
285 Peachtree Center Ave NE Ste. 1600
Atlanta, GA  30303
Phone (404) 525-1110
Fax (404) 522-4448
sonyab@atlch13tt.com

Distribution List:

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave NE Ste. 1600
Atlanta, GA 30303

Kimberly A. Butler
87 Vann Dr. NW
Rome, GA 30165

Maximum One Community Realtors
Attn: Michelle Thacker, Broker for Buyer
2 Professional Ct
Rome, GA 30165

Ayers Realty, LLC
Attn: Morgan Ayers, Broker for Seller
807 Shorter Ave.
Rome, GA 30165

Nationstar Mortgage, LLC
Attn: Bankruptcy Dept.
P.O. Box 619096
Dallas, TX 75261

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attn : Andrea Betts, Attorney for Nationstar Mortgage, LLC
10700 Abbott's Bridge Rd Ste. 170
Duluth, GA 30097